IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEREKE JEFFRIES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 11-cv-00363-JPG-SCW |
| | ) |
| **HOME DEPOT, U.S.A., INC., d/b/a** | ) |
| **The Home Depot,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** June 18, 2012

**NANCY ROSENSTENGEL, Clerk of Court**

By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE